**FILED**

APR 2 7 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 4:20CR 107 |
| v. | § § | Judge Mazzant/Nowak |
| ANITA MOODY | § | |

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**

Violation: 18 U.S.C. §1349
(Conspiracy to Commit
Bank Fraud)

From sometime in 2009, through May 11, 2019, in Cooper, Texas, in the Eastern District of Texas, **Anita Moody**, defendant, and other unnamed co-conspirators, did conspire, confederate and agree with each other to knowingly and with intent to defraud, execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds, credits and assets under the custody and control of said financial institution, the accounts of which were then insured by the Federal Deposit Insurance Corporation, by means of materially false and fraudulent pretenses, representations, and promises, in that the defendant created fraudulent nominee loans to pay off other loans for bank customers including herself and other friends and family members, in violation of 18 U.S.C. § 1344; all in violation of 18 U.S.C. § 1349.

## COUNT TWO

<u>Violation</u>: 18 U.S.C. § 844(f)(1)
(Explosive Material-Malicious Damage to Federal Property)

On or about May 11, 2019, in Cooper, Texas, in the Eastern District of Texas, Defendant **Anita Moody** maliciously attempted to damage a building, Enloe State Bank, an institution receiving Federal financial assistance, by means of fire, in violation of Title 18, United States Code, Section 844(f)(1).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses alleged in this information, the defendant shall forfeit to the United States pursuant to 18 U.S.C. §§981(a)(1)(C) and 982(a)(2), and 28 U.S.C. §2461(c), all property, real or personal, constituting or derived from proceeds the defendant obtained directly or indirectly as a result of the offense, including but not limited to the following:

**Money Judgment of $11,136,241.82** in United States currency.  In the alternative, the defendant agrees to forfeit Substitute Assets up to a total value of **$11,136,241.82**, if any of the above-described forfeitable property (**Money Judgment**), as a result of any act or omission of the defendant:

(aa) cannot be located upon the exercise of due diligence;

(bb) has been transferred or sold to, or deposited with, a third party;

(cc) has been placed beyond the jurisdiction of the court;

(dd) has been substantially diminished in value; or

      (ee)    has been commingled with other property which cannot be divided without difficulty.

Moreover, if any property subject to forfeiture, as a result of any act or omission by the defendants (i) cannot be located upon the exercise of due diligence, (ii) has been transferred or sold to, or deposited with a third party, (iii) has been placed beyond the jurisdiction of the court, (iv) has been substantially diminished in value, or (v) has been commingled with other property which cannot be subdivided without difficulty, the defendant shall forfeit to the United States any other property of the defendants up to the value of the forfeitable property.

Respectfully submitted,

JOSEPH D. BROWN
United States Attorney

*/s/ Maureen Smith*

MAUREEN SMITH
Assistant United States Attorney
Texas Bar No. 00787247
600 E. Taylor Street, Suite 2000
Sherman, Texas 75090
Telephone: 903/868-9454
Facsimile: 903/892-2792

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:20CR |
| v. | § | Judge |
| | § | |
| ANITA MOODY | § | |

## NOTICE OF PENALTY

### COUNT ONE

Violation:   18 U.S.C. § 1349

Penalty:   Imprisonment for a term of not more than 30 years, a fine not to exceed $1,000,000; supervised release for a term of not more than 5 years.

Special Assessment:   $100.00

### COUNT TWO

Violation:   18 U.S.C. §844(f)

Penalty:   Imprisonment for a term of not less than 5 years and not to exceed 20 years, a fine not to exceed $250,000; supervised release of not more than 3 years.

Special Assessment:   $100.00