DATE 6/5/2020  CASE NUMBER **4:20CR107-1 ALM/CAN**
LOCATION Sherman  USA _____ Assigned
JUDGE Nowak  VS _Maureen Smith_ Appeared
DEPUTY CLERK K. Lee
COURT REPORTER: Digital Recording
INTERPRETER: Not Required  **ANITA MOODY**
BEGIN 10:30 a.m./11:03 a.m.  Defendant

John Ginn
Attorney

---

☑ PLEA TO INFORMATION, Initial Appearance and Arraignment held
☐ INITIAL APPEARANCE AND PLEA TO INFORMATION   ☑ WAIVER OF INDICTMENT SIGNED

---

☑ CASE CALLED   ☑ DEFENDANT SWORN   ☐ Hearing held by Interpreter: _____

☑ Defendant appears with counsel **John Ginn**.   ☐ Arrest date: _____

### INITIAL APPEARANCE

☑ Dft ☑ advised of charges   ☑ advised of maximum penalties   ☑ advised of right to remain silent;
  ☑ advised of right to counsel   ☑ received copy of information

### PLEA TO INFORMATION

☑ Defendant to plea guilty to Count(s) **One and Two** of the Information.

☑ Defendant signed Waiver and Consent to Administration of Guilty Plea by United States Magistrate Judge.

☑ Dft signed Waiver of Indictment.   ☐ Dft signed Waiver of Venue   ☐ Dft signed Waiver of Statute of Limitations

☑ Court found defendant competent for change of plea hearing.

☑ Defendant advised of Constitutional rights.   ☑ Defendant acknowledged understanding Constitutional rights.

☑ AUSA stated essential elements to be proven

☑ Defendant acknowledged understanding the essential elements and Defendant acknowledged having committed the elements.

☐ Court   ☑ AUSA stated maximum range of penalty.

☑ Defendant acknowledged satisfaction with representation of counsel

☑ Court reviewed rights regarding a plea of guilty and right to appeal.

☑ **Court** Reviewed Plea agreement with defendant.

☑ **Court** Reviewed ☑ Factual Basis ☐ Statement of Facts with defendant.

☑ AUSA and Defendant acknowledged factual basis has been established.

☑ Consent, Waiver of Indictment, Plea Agreement (under seal), Factual Basis, and Addendum (under seal) entered into the record.

☐ Defendant is not a citizen of the United States   ☐ Defendant is not a legal permanent resident.

☐ Court advised defendant of deportation possibilities.   ☐ Defendant acknowledged understanding deportation possibility.

☑ Forfeiture provision explained to Defendant   ☑ Defendant acknowledged understanding forfeiture provision.

☐ Court advised defendant of requirement to register as sex offender.   ☐ Defendant acknowledged understanding registration requirement.

☑ Defendant entered plea of guilty to Count**s One and Two of the Information.**

☑ Court will recommend district court accept plea of guilty.

☑ Court finds plea is voluntary, knowledgeable and that it has a basis in fact.

☐ Defendant remanded to custody of U.S. Marshal.

☑ Defendant placed on Conditions of Release.
☑ Dft admonished re: failure to comply w/conditions.
☐ Defendant to remain on Conditions of Release based on extraordinary circumstances per the AUSA.
☑ Order Setting Conditions of Release entered.