IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 4:20CR 107 |
| v. | § § | Judge Mazzant |
| ANITA MOODY | § | |

## WAIVER OF INDICTMENT

I, **ANITA MOODY,** the above-named defendant, who is accused of violating Title 18 United States Code, Section 1349, Conspiracy to Commit Bank Fraud and Title 18 United States Code, Section 844(f)(1), Explosive Material-Malicious Damage to Federal Property, being duly advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on 6-5-2020 (date) prosecution by **Indictment** and consent that the proceeding may be by Information rather than by **Indictment.**

_____
ANITA MOODY
Defendant

_____
JOHN GINN
PATRICK SHORT
Attorney for Defendant

Before _____
       Judicial Officer

Waiver of Indictment - Page 1