# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NUMBER 4:20-CR-107 |
| | § | |
| ANITA MOODY | § | |

### ORDER GRANTING LEAVE AND EXTENSION OF TIME FOR OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Before the Court is the Defendant's Unopposed Motion for Leave and Extension of Time to file Objections to Presentence Report (Dkt. #25) wherein the Defendant requests that this Court grant leave to file and an extension to file objections to the Presentence Investigation Report. Having considered the Motion, the Court is of the opinion that said motion should be **GRANTED**.

It is therefore **ORDERED** that Defendant's Unopposed Motion for Leave and Extension of Time to file Objections to Presentence Report (Dkt. #25) is **GRANTED**. It is further **ORDERED** that the deadline for objections is extended until January 8, 2021.

**IT IS SO ORDERED**.

SIGNED this 30th day of November, 2020.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE