# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | CASE NUMBER 4:20-CR-107 |
| ANITA MOODY | § | |

## ORDER GRANTING CONTINUANCE OF SENTENCING HEARING

Before the Court is Defendant's Motion for Continuance of Sentencing (Dkt. #28) wherein Defendant requests that this Court grant a continuance of the sentencing of Defendant Anita Moody. Having considered the Motion, the Court is of the opinion that said motion should be **GRANTED**.

It is therefore **ORDERED** that Defendant's Motion for Continuance of Sentencing (Dkt. #28) is **GRANTED**. It is further **ORDERED** that the sentencing hearing is continued until *Tuesday, March 16, 2021 at 9:45 a.m.* before the undersigned.

**IT IS SO ORDERED**.

SIGNED this 30th day of November, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE