IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-107 |
| | § | Judge: ALM/CAN |
| ANITA MOODY | § | |

## UNITED STATES' MOTION TO DIRECT PAYMENT OF FUNDS

The United States of America requests an Order directing payment of funds to the Clerk, as follows:

When the FDIC started its enforcement action against Anita Moody, it directed Enloe State Bank to freeze Moody's bank accounts. The bank complied and froze $31,251.30 in Moody's bank accounts. Those funds remain frozen to this day, albeit in an account maintained by Legend Bank, the institution that assumed Enloe State Bank's assets and debts following the FDIC enforcement action. Moody has since been sentenced and ordered to pay more than $11 million in restitution to the FDIC. Moody's funds are nonexempt assets and should be turned over to the United States District Clerk for application to Moody's restitution judgment.

WHEREFORE, the United States requests that the Court order that Legend Bank direct the $31,251.30 in Anita Moody's bank account to the United States District Clerk for the Eastern District of Texas for application towards Defendant Anita Moody's restitution judgment in this case.

        Respectfully submitted,

        NICHOLAS J. GANJEI
        ACTING UNITED STATES ATTORNEY

        */s/   Robert Austin Wells*
        ROBERT AUSTIN WELLS
        Assistant United States Attorney
        Texas State Bar No. 24033327
        110 N. College, Suite 700
        Tyler, Texas
        Tyler, Texas 75702
        Tel:   (903) 590-1400
        robert.wells3@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was electronically served on all counsel of record by way of the Court's CM/ECF system on the 1st day of October, 2021.

        */s/ Robert Austin Wells*
        ROBERT AUSTIN WELLS
        Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

In her plea agreement with the government, Defendant Anita Moody waived any defense or objection to any action to enforce the collection of the restitution debt.

        */s/ Robert Austin Wells*
        ROBERT AUSTIN WELLS
        Assistant United States Attorney