IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-107 |
| | § | Judge: ALM/CAN |
| ANITA MOODY | § | |

**UNITED STATES' UNOPPOSED MOTION TO DIRECT PAYMENT OF FUNDS**

The United States of America requests an Order directing payment of funds to the Clerk, as follows:

When the FDIC started its enforcement action against Anita Moody, it directed Enloe State Bank to freeze Moody's bank accounts and the accounts of her associates, including Highway 24 Lumber & Feed, Inc. The bank complied and froze $113,060.47 in Highway 24's bank accounts. Those funds remain frozen to this day, albeit in an account maintained by Legend Bank, the institution that assumed Enloe State Bank's assets and debts following the FDIC enforcement action. Moody has since been sentenced and ordered to pay more than $11 million in restitution to the FDIC. Moody has an ownership interest in the funds in Highway 24's account at Legend Bank. Those funds are nonexempt assets and should be turned over to the United States District Clerk for application to Moody's restitution judgment. To avoid litigation concerning the ownership of those funds and the portion that should be applied to Moody's restitution judgment, the government and Highway 24 have agreed that $50,000 of the funds should be applied to Moody's

restitution judgment. The remainder of the funds in that account will be released (through non-judicial procedures) to Highway 24 to help pay Highway 24's creditors in a pending bankruptcy action.

WHEREFORE, the United States requests that the Court order that Legend Bank direct $50,000.00 in Highway 24 Lumber & Feed, Inc.'s bank account to the United States District Clerk for the Eastern District of Texas for application towards Defendant Anita Moody's restitution judgment in this case.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

*/s/   Robert Austin Wells*
ROBERT AUSTIN WELLS
Assistant United States Attorney
Texas State Bar No. 24033327
110 N. College, Suite 700
Tyler, Texas
Tyler, Texas 75702
Tel:    (903) 590-1400
robert.wells3@usdoj.gov

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing document was electronically served on all counsel of record by way of the Court's CM/ECF system on the 27th day of October, 2021 and/or by electronic mail, per agreement of the parties.

      */s/ Robert Austin Wells*
      ROBERT AUSTIN WELLS
      Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

      In her plea agreement with the government, Defendant Anita Moody waived any defense or objection to any action to enforce the collection of the restitution debt. Insofar as this motion concerns funds in an account in the name of Highway 24 Lumber & Feed, Inc., I conferred with Highway 24's counsel, Eric Liepens, concerning the relief sought herein, and learned that Highway 24 is unopposed to the immediate relief.

      */s/ Robert Austin Wells*
      ROBERT AUSTIN WELLS
      Assistant United States Attorney