IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-107 |
| | § | Judge: ALM/CAN |
| ANITA MOODY | § | |

## UNITED STATES' UNOPPOSED MOTION TO DIRECT PAYMENT OF FUNDS

The United States of America requests an Order directing payment of funds to the Clerk, as follows:

When the FDIC started its enforcement action against Anita Moody, it directed Enloe State Bank to freeze Moody's bank accounts and the accounts of her associates, including the account of her adult daughter, Chandler Nicole Speight. The bank complied and froze $33,584.06 in Ms. Speight's bank accounts. Those funds remain frozen to this day, albeit in an account maintained by Legend Bank, the institution that assumed Enloe State Bank's assets and debts following the FDIC enforcement action. Moody has since been sentenced and ordered to pay more than $11 million in restitution to the FDIC. Moody has an ownership interest in the funds in Ms. Speight's account at Legend Bank. Those funds are nonexempt assets and should be turned over to the United States District Clerk for application to Moody's restitution judgment. To avoid litigation concerning the ownership of those funds and the portion that should be applied to Moody's restitution judgment, the government and Ms. Speight have agreed that $23,584.06 of the funds should

be applied to Moody's restitution judgment.  The remainder of the funds in that account will be released (through non-judicial procedures) to Ms. Speight.

WHEREFORE, the United States requests that the Court order that Legend Bank direct $23,584.06 in Chandler Nicole Speight's bank account to the United States District Clerk for the Eastern District of Texas for application towards Defendant Anita Moody's restitution judgment in this case.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/   Robert Austin Wells*
ROBERT AUSTIN WELLS
Assistant United States Attorney
Texas State Bar No. 24033327
110 N. College, Suite 700
Tyler, Texas
Tyler, Texas 75702
Tel:    (903) 590-1400
robert.wells3@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document was electronically served on all counsel of record by way of the Court's CM/ECF system on the 8th day of December, 2021 and/or by electronic mail, per agreement of the parties.

> */s/ Robert Austin Wells*
> ROBERT AUSTIN WELLS
> Assistant United States Attorney

## **CERTIFICATE OF CONFERENCE**

In her plea agreement with the government, Defendant Anita Moody waived any defense or objection to any action to enforce the collection of the restitution debt. Insofar as this motion concerns funds in an account in the name of Chandler Nicole Speight, I conferred with Ms. Speight concerning the relief sought herein, and learned that she is unopposed to the immediate relief.

> */s/ Robert Austin Wells*
> ROBERT AUSTIN WELLS
> Assistant United States Attorney