IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-107 |
| | § | |
| ANITA GAIL MOODY | § | |

## MOTION FOR ORDER SEALING EXHIBITS TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582(c)(1)(A)

COMES NOW the United States of America, by and through the undersigned Assistant U. S. Attorney, and respectfully moves this Honorable Court for entry of an Order sealing Government's exhibits 1 and 2 and 3 to the Government's Response to Defendant's Motion for Compassionate Release under 18 U.S.C. §3582(c)(1)(A) as they contain medical and personal information pertinent to the Response.

Respectfully submitted,

Brit Featherston
United States Attorney

By:  /s/ *Maureen Smith*
Maureen Smith
Assistant United States Attorney
Texas Bar # 00787247
600 E. Taylor St., Suite 2000
Sherman, Texas 75092
(903) 868-9454 (phone)
(903) 892-2792 (fax)
Maureen.smith@usdoj.gov

## Certificate of Service

I certify that on February 3, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system. I also certify that within 48 hours, I will mail this document by United States Postal Service or other postal carrier to the following non-CM/ECF participant:

Anita Gail Moody
Register Number 29394-078
Carswell FMC Unit 6
P.O. Box 27137
Ft. Worth, 76127

*/s/ Maureen Smith*

Maureen Smith
Assistant United States Attorney